JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doug Hauck,<br><br>   Plaintiff,<br><br>v.<br><br>Culver Capital Group, Inc., et al.,<br><br>   Defendant(s). | SACV 14-01442 JVS (DFMx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   January 30, 2015

_____
James V. Selna
United States District Judge